THOMAS J. O'BRIEN, Appellant, *v.* ALVA SEYBOLT, Respondent.

*O'Brien* v. *Seybolt*, 151 App. Div. 947, affirmed.
(Argued March 10, 1914; decided March 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 26, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to set aside and cancel a certain contract to purchase land on the ground of fraud and to recover money paid thereon.

*John G. Johnson* for appellant.

*Alva Seybolt*, respondent, in person.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.   Absent: WILLARD BARTLETT, Ch. J.